IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:06mc3297-MHT |
| ) | |
| BARRY S. FORD, ) | |
| ) | |
| Respondent. ) | |

RECEIVED 2006 APR 28 P 1:09
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

**DECLARATION**

Michael L. Hicks declares:

1. I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 1, Internal Revenue Service.

2. In my capacity as a Revenue Officer, I assisted Brenda Cauley in conducting an investigation into the tax liability of Barry S. Ford for the following year: 1997, 1998, 1999, 2000 and 2001.

3. In furtherance of the above investigation, I agreed to meet with Mr. Ford for a previously scheduled summons appearance on June 20, 2005. Ms. Cauley could not meet with Mr. Ford because of a family emergency.

4. On June 20, 2005, the respondent, Barry S. Ford, appeared but refused to provide any of the information requested in the Summons.

Exhibit 2

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4TH day of April, 2006.

_____
Michael L. Hicks
Revenue Officer

-2-