

# Summons

In the matter of  BARRY S FORD, 1704 TRAWICK RD, DOTHAN, AL 36305-7136

Internal Revenue Service (Division):  **Small Business/Self Employed**

Industry/Area (name or number):  **Small Business/Self Employed - Gulf States Area**

Periods  **DECEMBER 31, 1997, DECEMBER 31, 1998, DECEMBER 31, 1999, DECEMBER 31, 2000 AND DECEMBER 31, 2001**

## The Commissioner of Internal Revenue

To  BARRY S FORD

At  202 W. ADAMS ST., STE 2, DOTHAN, AL 36303

You are hereby summoned and required to appear before Brenda K. Cauley, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents in your possession and control reflecting the assets and liabilities of the above named taxpayer(s) including, but not limited to, the following: all bank statements, checkbooks, canceled checks, savings account passbooks, and records of certificates of deposit, for JANUARY 1, 2004 - OCTOBER 31, 2004, regarding accounts or assets held in the name of the taxpayer(s) or held for the benefit of the taxpayer(s); all records or documents regarding stocks and bonds, deeds or contracts regarding real property, current registration certificates for motor vehicles, and life or health insurance policies currently in force, any of which items are owned, wholly or partially, by the taxpayer(s), or in which the taxpayer(s) have a security interest, or held for the benefit of either or both of the taxpayer(s), so that a current Collection Information Statement may be prepared. A blank copy of such Collection Information Statement is attached hereto to guide you in the production of the necessary documents and records.

### ATTESTATION

I hereby certify that I have examined and compared this copy of the summons with the original and that it is a true and correct copy of the original.

_Brenda Cauley_                                         _Revenue Officer_
**Signature of IRS Official Serving the Summons**                **Title**

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

202 W. Adams St., Ste. 2, Dothan, AL  36303   334-793-2813, ext 29

**Place and time for appearance at:**  202 W. Adams St., Ste. 2, Dothan, AL  36303

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 12-2001)
Catalog Number 21405J

on the  30TH  day of  NOVEMBER , 2004  at  10:00  o'clock  A  m.

Issued under authority of the Internal Revenue Code this  9th  day of  November, 2004

_Brenda Cauley_
Signature of Issuing Officer

**Revenue Officer**
Title

Signature of Approving Officer (if applicable)

Title

Exhibit 3

**Original** -- to be kept by IRS

Address of Notice (if mailed): _____



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 11-9-2004 | 10:40 A |

**How Summons Was Served**

1. [X] I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. [ ] I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):_____

3. [ ] I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:_____

| Signature | Title |
|---|---|
| Brenda Cowles | Revenue Officer |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____                Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

[ ] I gave notice by certified or registered mail to the last known address of the noticee.

[ ] I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

[ ] I gave notice by handing it to the noticee.

[ ] In the absence of a last known address of the noticee, I left the notice with the person summonsed.

[ ] No notice is required.

| Signature | Title |
|---|---|
| | |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | |

Form **2039** (Rev. 12-2001)