```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.1:06mc3297 |
| | ) |
| BARRY S. FORD, | ) |
| | ) |
| Respondent. | ) |

## ORDER TO SHOW CAUSE

Upon the petition of the United States (Doc. No. 1), and the declaration and summons attached thereto, it is hereby

ORDERED that respondent, Barry S. Ford, appear before the District Court of the United States for the Middle District of Alabama in that branch thereof presided over by the Honorable Myron H. Thompson, the undersigned, in the United States Courthouse, One Church Street, Montgomery, Alabama 36104 at 10:00 a.m. on the 9th day of June, 2006, at Courtroom 2-FMJ, to show cause why respondent should not be compelled to comply with the Internal Revenue Service summons served on respondent on November 9, 2004.  It is further

ORDERED that a copy of this Order, together with the petition and exhibits thereto, be personally served on Barry S. Ford, by the U.S. Marshall service within thirty (30) days of the date of this Order.  It is further

ORDERED within ten (10) days of service of copies of this Order, the petition and exhibits thereto, respondent shall file and

serve a written response to the petition. That if respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the Court, and copies served on the United States Attorney at least five (5) business days prior to the date of the show cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the Court and any uncontested allegations in the petition shall be deemed admitted; and further

ORDERED that if respondent has no objection to compliance with the summons, respondent may, at least three (3) business days prior to the date of the show cause hearing, notify the clerk of this Court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

Entered this 2nd day of May, 2006.

BY THE COURT:

/s/ Myron H. Thompson
**UNITED STATES DISTRICT COURT**