IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No.: **1:06-mc-3297-MHT** |
| | ) | |
| BARRY S. FORD, | ) | |
| | ) | |
| Respondent. | ) | |

**AFFIDAVITS IN SUPPORT OF ORAL MOTION FOR SERVICE
BY PUBLICATION**

Comes now the petitioner, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, pursuant to Rule 4(e)(1), Federal Rules of Civil Procedure and Rule 4.3(c) and (d), Alabama Rules of Civil Procedure, and in support of its oral motion for service by publication submits the attached declarations of Revenue Officer Brenda S. Cauley (Attachment 1) and Deputy United States Marshal Robert A. Hoeker (Attachment 2).

Respectfully submitted this 10th day of July, 2006.

          LEURA G. CANARY
          United States Attorney

By: /s/ R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    **E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the respondent by mailing a copy of same, first class postage prepaid and properly addressed to:

    Barry S. Ford
    1704 Trawick Road
    Dothan, AL 36305.

Done this 10th day of July, 2006.

          /s/ R. Randolph Neeley
          R. RANDOLPH NEELEY
          Assistant United States Attorney