# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil No.: **1:06-mc-3297-MHT** |
| | ) |
| BARRY S. FORD, | ) |
| | ) |
| Respondent. | ) |

## DECLARATION

Brenda K. Cauley declares:

1.     I am a duly commissioned Revenue Officer employed in Small Business/Self-Employed Compliance Area 1, Internal Revenue Service.

2.     In my capacity as a Revenue Officer, I am conducting an investigation into the tax liability of Barry S. Ford for the following years: 1997, 1998, 1999, 2000 and 2001.

3.     This declaration is being provided in support of the Internal Revenue Service's previously made request for service by publication which was granted by the Court in an Order dated June 9, 2006.

4.     During the course of my investigation I have come to believe that Barry S. Ford resides at 1704 Trawick Road, Dothan, Alabama.



DEFENDANT'S
EXHIBIT

CASE
NO. 1:06-m-3297-MHT

EXHIBIT
NO. 1

5.     As part of my official duties I mailed a letter to "Barry S. Ford, 1704 Trawick Rd, Dothan, AL 36305-7136," on January 3, 2005.[1] Particularly this letter advised Mr. Ford that his summons appearance date had been changed to January 18, 2005. Mr. Ford appeared as requested in the body of my January 3, 2005 letter.

6.     Later in my investigation I received a letter from Mr. Ford dated May 11, 2005, bearing a return address of "1704 Trawick Rd., Dothan, AL 36305.[2] This letter from Mr. Ford requested that his summons appearance date be changed from May 17, 2005, to either June 6, 2005, or June 20, 2005. I granted Mr. Ford's request and notified him of the change via letter dated May 16, 2005 and mailed it to, "Barry S. Ford, 1704 Trawick Rd., Dothan, AL 36305-7136."[3]

7.     On June 3, 2005, I received a telephone voice message from Mr. Ford advising me that he could not be at the appearance scheduled for June 6, 2005. I thereafter drafted him a letter acknowledging receipt of his message and further notifying him that the summons appearance was rescheduled for June 20, 2005. This letter, dated June 6, 2005, was mailed to, "Barry S. Ford, 1704 Trawick Rd., Dothan, AL 36305-7136."[4] Mr. Ford appeared for the proceedings on June 20, 2005, but did not bring any of the documents or things requested in the summons.

---

[1]     See Exhibit 1 attached hereto.

[2]     See Exhibit 2 attached hereto.

[3]     See Exhibit 3 attached hereto.

[4]     See Exhibit 4 attached hereto.

8.     A search of the records of the Judge of Probate, Houston County, Alabama revealed that a Certificate of Marriage was issued to Barry Stephen Ford and Priscilla Andrews and recorded on December 2, 1999 in Marriage Book 98, page 169.[5] The corresponding Marriage License Application recorded in Marriage Book 98, page 170, revealed that at the time of the application, Priscilla Andrews represented her place of residence to be 1704 Trawick Road, Dothan, Alabama 36305.[6]

9.     Finally, on Tuesday, June 27, 2006, I observed at the residence located at 1704 Trawick Road, Dothan, Alabama, a Cadillac brand automobile bearing Alabama license plate number 38D122P and a Jeep brand automobile bearing Alabama license plate number 38F740N. A check of the State of Alabama Vehicle Information System revealed that the Cadillac brand automobile is registered to Barry S. Ford and that the Jeep brand vehicle is registered to Priscilla Andrews.

Pursuant to Title 28, United States Code, Section 1746(2) I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 7th day of July, 2006.

Brenda K. Cauley
Brenda K. Cauley
Revenue Officer

---

[5]    See Exhibit 5 attached hereto.

[6]    See Exhibit 6 attached hereto.

**Department of the Treasury**
**Internal Revenue Service**
202 W. Adams St., Ste. 2

Dothan, AL 36303

PAGE 1 OF 3
Exhibit #2

Date: January 03, 2005

Re: SUMMONS DATE

BARRY S FORD
1704 TRAWICK RD
DOTHAN, AL 36305-7136

Dear MR. FORD:

I responded on December 13, 2004 to the letter I received from you dated December 8, 2004 advising me of your request to change your summons appearance date originally scheduled for November 30, 2004. I mailed my response to you to the address which appeared on your letter as your return address, via certified mail, and you did not claim this piece of mail.

Attached is this piece of mail advising you of your new summons appearance date of January 18, 2005 at 10:00 A.M.

Telephone Number
334-793-2813, ext 29

*Brenda K. Cauley*
**Brenda K. Cauley**
**Revenue Officer**
Employee Number: 72-19052

Best Time to Call:
8:00 A.M. - 4:45 P.M.

Attachment (1)



DEFENDANT'S EXHIBIT

CASE NO. 06-MC-3297-MHT

EXHIBIT NO. 1 to 1

PAGE 2 OF 3
Exhibit # 4

May 11, 2005

Barry Ford
1704 Trawick Rd.
Dothan, AL 36305

CERTIFIED MAIL Return Receipt # 7003 1680 0001 3907 2063

Ms. Brenda Cauley
Internal Revenue Service
202 W. Adams St., Ste. 2
Dothan, AL 36303

Dear Ms. Cauley

I am in receipt of a letter from Horace Crump in Birmingham which states that I need to be at your office on May 17, 2005 at 10:00 AM. I have a conflict with the time that was scheduled and need to re-schedule the meeting for either June 6, 2005 or June 20, 2005.

Please let me know if either of these dates is conducive to your schedule.

Sincerely,

Barry Ford

Barry Ford

DEFENDANT'S
EXHIBIT

CASE
NO./:

EXHIBIT
NO.  2 to 1

704 Trawick Rd
Dothan, AL 36305




7003 1680 0001 3907 2063



PAGE 3 OF 3, # 4
Exhibit



Brenda Cauley
IRS
202 W. Adams St., S
Dothan, AL 36303

MAY 12 200





Page I 03
Exhibit #4

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20xxx**

**SMALL BUSINESS / SELF-EMPLOYED DIVISION**

Date: May 16, 2005

Barry S Ford
1704 Trawick Rd
Dothan, AL 36305-7136

Dear Mr. Ford:

I am in receipt of your letter dated May 11, 2005 requesting a change in your appointment scheduled for May 17, 2005. Per your request, your appointment has been changed to June 6, 2005 at 10:00 A.M.

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

   Internal Revenue Service
   202 W. Adams St., Ste. 2
   Dothan, AL 36303
   Phone#: 334-793-2813, ext 29
   Fax#: 334-677-6293

                    Sincerely,

                    *Brenda K Cauley*

                    Brenda K. Cauley
                    Revenue Officer
                    Employee ID#: 72-19052



**DEFENDANT'S EXHIBIT**

CASE NO.: 1:06-mc-3297-MHT

EXHIBIT NO. 3 to 1



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

**COPY**

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: June 06, 2005

Barry S Ford
1704 Trawick Rd
Dothan, AL 36305-7136

Dear Mr. Ford:

I received your voice message advising me of the death in your family and requesting your appointment scheduled for today be changed to June 20, 2005. I have rescheduled your appointment to **June 20, 2005 at 1:30 P.M.**

If you have any questions or need more information, please contact me at the address or the telephone number listed below:

    Internal Revenue Service
    202 W Adams St., Ste. 2
    Dothan, AL 36303
    Phone#: 334-793-2813, ext 29
    Fax#: 334-677-6293

                Sincerely,

                *Brenda K Cauley*

                Brenda K. Cauley
                Revenue Officer
                Employee ID#: 72-19052



DEFENDANT'S
EXHIBIT

CASE
NO. 

EXHIBIT
NO. 4 to 1

Recorded In MAR BK 98 PG 169, 12/02/1999 01:30PM
Luke Cooley, Judge of Probate, Houston County, Alabama

# Alabama

### Certificate of Marriage

State File Number 101

TYPE IN PERMANENT BLACK INK

1 ISSUING COUNTY: Houston

| 2 GROOM'S NAME | First | Middle | Last | 3 DATE OF BIRTH (Month, Day, Year) | 4 RACE |
|---|---|---|---|---|---|
| Barry | Stephen | FORD | | Jun 12 1965 | White |

| 5 RESIDENCE—City, Town, or Location and Zip Code | 6 INSIDE CITY LIMITS | 7 COUNTY | 8 STATE |
|---|---|---|---|
| Newport | No | Cocke | Tennessee |

| 9 NO. OF PREVIOUS MARRIAGES | 10 IF PREVIOUSLY MARRIED, LAST MARRIAGE ENDED | 11 EDUCATION |
|---|---|---|
| 1 | Divorce | 4 |

| 12 FATHER'S NAME  First  Middle  Last | 13 MOTHER'S NAME  First  Middle  Maiden Last Name |
|---|---|
| Dan Ford | Genevieve Rollins |

| 14 BRIDE'S NAME  Full  Middle  Last | 15 BRIDE'S MAIDEN LAST NAME | 16 DATE OF BIRTH (Month, Day, Year) |
|---|---|---|
| Priscilla ANDREWS | Andrews | Feb 10 1951 |

| 17 RACE | 18 RESIDENCE—City, Town, or Location and Zip Code | 19 INSIDE CITY LIMITS |
|---|---|---|
| White | Dothan | No |

| 20 COUNTY | 21 STATE | 22 NO. OF PREVIOUS MARRIAGES |
|---|---|---|
| Houston | Alabama | 3 |

| 23 IF PREV. MARRIED, LAST MARRIAGE ENDED | 24 EDUCATION |
|---|---|
| Divorce  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 | 5 |

| 25 FATHER'S NAME  First  Middle  Last | 26 MOTHER'S NAME  First  Middle  Maiden Last Name |
|---|---|
| Jesse Bruce Andrews | Carolyn Smith |

SIGNATURES

| 27 GROOM—SIGNATURE | 28 BRIDE—SIGNATURE |
|---|---|
| Barry Ford | Priscilla Andrews |

| 29 JUDGE OF PROBATE—SIGNATURE | 30 ISSUING DATE (Month, Day, Year) | 31 EXPIRATION DATE (Month, Day, Year) |
|---|---|---|
| Luke Cooley | Dec 02 1999 | Jan 01 2000 |

| 32 DATE | 33 WHERE MARRIED—City, Town, or Location and Zip Code | 34 COUNTY |
|---|---|---|
| December 4, 1999 | Enterprise, AL 36330 | Coffee |

| 35 SIGNATURE OF PERSON PERFORMING CEREMONY | 36 TYPE OR PRINTED NAME OF PERSON PERFORMING CEREMONY |
|---|---|
| Glen A. Butler | Glenn A. Butler |

| 37 TITLE OF PERSON PERFORMING CEREMONY | 38 ADDRESS OF PERSON PERFORMING CEREMONY |
|---|---|
| Minister | 201 Heath Street   Enterprise, AL 36330 |

| 39 DATE LICENSE RETURNED TO JUDGE OF PROBATE | 40 MARRIAGE LICENSE RECORD | 41 JUDGE OF PROBATE—SIGNATURE |
|---|---|---|
| 12-7-99 | | Luke Cooley |

THIS LICENSE IS VOID UNLESS SOLEMNIZED WITHIN 30 DAYS FROM ISSUING DATE.



DEFENDANT'S EXHIBIT

CASE NO.: 1:06-mc-3297 AH

EXHIBIT NO. 5 to 1

MAR 98 170

DEFENDANT'S EXHIBIT

CASE NO. 1:06-cv-3297-MHT

EXHIBIT NO. 6 to 1

## MARRIAGE LICENSE
## APPLICATION

COUNTY: HOUSTON                                    (USE BLACK INK)

| GROOM    (First / Middle / Last) | BRIDE    (First / Middle / Last) |
|---|---|
| HARRY STEPHEN FORD | Priscilla Andrews |
| FATHER (First / Middle / Last) | FATHER (First / Middle / Last) |
| DAN          FORD | JESSE BRUCE    ANDREWS |
| MOTHER (First / Middle / Maiden) | MOTHER (First / Middle / Maiden) |
| GENEVIEVE   Rollins | CAROLYN Smith |
| GROOM DATE OF BIRTH (mm/dd/yy) | BRIDE DATE OF BIRTH (mm/dd/yy) |
| 10-12-65 | 2-10-53 |
| RACE--(Specify Am Indian, Black, White, etc.) | RACE--(Specify Am Indian, Black, White, etc.) |
| White | White |
| RESIDENCE--(City/Town/Zip) | RESIDENCE--(City/Town/Zip) 1704 Tranwick Rd. |
| Newport TN 37722 | Dothan AL 36305 |
| INSIDE CITY LIMITS (Yes or No) | INSIDE CITY LIMITS (Yes or No) |
| No | Houston No |
| COUNTY | COUNTY |
| Cocke | Houston |
| STATE | STATE |
| TN. | AL. |
| SCHOOL (highest grade) | SCHOOL (highest grade) |
| 12th | 12th |
| COLLEGE (1 - 4 or 5+) | COLLEGE (1 - 4 or 5+) |
| | 5+ |
| NUMBER OF PREVIOUS MARRIAGES | NUMBER OF PREVIOUS MARRIAGES |
| | 3 |
| LAST MARRIAGE ENDED (divorce, death, etc.) & date | LAST MARRIAGE ENDED (divorce, death, etc.) |
| DIVORCE          ended: 97 | DIVORCE    ended: 89 |
| | BRIDE'S MAIDEN LAST NAME (if different) |
| SOCIAL SECURITY #: | SOCIAL SECURITY #: |
| | 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 |
| GROOM-SIGNATURE | TELEPHONE #: 334-678-9418 |
| BRIDE-SIGNATURE  Priscilla Andrews | WEDDING DATE: Dec. 4, 1999 |