IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: **1:06-mc-3297-MHT** |
| | ) |
| BARRY S. FORD, | ) |
| | ) |
| Respondent. | ) |

DEFENDANT'S EXHIBIT

CASE NO. 1:06MC-3297-MHT

EXHIBIT NO. 2

### AFFIDAVIT OF ROBERT A. HOEKER

My name is Robert A. Heoker and I am currently employed as a Deputy United States Marshal. I have been so employed for 19 years.

On May 16, 2006, as a part of my official duties as a Deputy United States Marshal I attempted to serve the attached summons in this cause upon the respondent, Barry S. Ford. In an effort to effect service I went to 1704 Trawick Road, Dothan, Alabama, the address on the face of the summons. In the yard at the location was a white female who refused to identify herself. Moreover, she refused to identify herself as an occupant of the residence and refused to provide any information as to whether or not the respondent was present at the residence. Similarly, the white female refused to answer any questions regarding when the respondent may return to the residence.

I, along with Ebony Thomas, Deputy U.S. Marshal, again attempted to serve the attached summons on the respondent on May 25, 2006. Although there were several automobiles at the residence, no one answered our repeated knocks on the front door.

Pursuant to Title 28, United States Code, Section 1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on 10th July, 2006.

Robert A. Hoeker
Deputy United States Marshal