OAO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7/17/06 |
| NAME OF SERVER (PRINT) Michael H. Bates | TITLE DUSM |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: IRS Office 202 Adams, St. Dothan, Alabama

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/17/06
             *Date*                *Signature of Server*  Michael H. Bates

*Address of Server*  Federal Building, Montgomery, AL

RETURNED AND FILED

JUL 19 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:06-mc-3297-MHT |
| DEFENDANT | TYPE OF PROCESS |
| BARRY S. FORD | Summons & Complaint |

RECEIVED 2006 JUL 19 A 4:21 U.S. DISTRICT COURT MIDDLE DISTRICT ALA

RECEIVED 2006 JUL 17 P 4:39 UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | BARRY S. FORD |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 1704 Trawick Road, Dothan, AL 36305-7136 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW.

R. RANDOLPH NEELEY
ASSISTANT U.S. ATTORNEY
ONE COURT SQUARE, SUITE 201
MONTGOMERY, AL 36104

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Signature of Attorney other Originator requesting service on behalf of: ✓ PLAINTIFF ☐ DEFENDANT

/s/ for R. Randolph Neeley

TELEPHONE NUMBER: (334) 223-7280
DATE: 7/17/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 7/17/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*
IRS Office
202 Adams St
Dothan, AL

Date: 7/17/06
Time: 10:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: Michael H Bates

| Service Fee $180.00 | Total Mileage Charges including endeavors) $96.12 | Forwarding Fee | Total Charges $276.12 | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) $0.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00