IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUL 28  A 11: 00

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Petitioner, | ) |
| | ) Civil Case Number: 1:06-mc-3297-MHT |
| v. | ) |
| BARRY S. FORD, | ) |
| Respondent. | ) |

### MOTION TO CONTINUE

Respondent is making efforts to acquire counsel for these proceedings and requests a continuance of forty-five (45) days for both the written response to the petition and the hearing. Counsel for the petitioner has been contacted and has no objections to this request.

Respectfully submitted this the 18th day of July, 2006.

_____
Barry S. Ford

### CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing upon the petitioner by mailing a copy of same, first class postage prepaid and properly addressed to:

R. Randolph Neeley
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197

Done this 18th day of July, 2006.

_____
Barry S. Ford