IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, etc., ) ) ) | |
|    Petitioner, ) ) | |
|    v. ) ) | CIVIL ACTION NO. 1:06mc3297-MHT |
| BARRY S. FORD, ) ) | |
|    Respondent. ) | |

ORDER

A show-cause hearing is currently scheduled for August 14, 2006, in this case. Defendant Barry S. Ford filed a motion requesting a 45-day continuance so that he may retain counsel to represent him. The government has no objection to the motion. Accordingly, it is ORDERED as follows:

    (1) Defendant Barry S. Ford's motion to continue (Doc. No. 7) is granted.

    (2) The hearing currently set for August 14, 2006, is cancelled.

(3) Respondent Barry S. Ford is to appear on October 17, 2006, at 10:00 a.m. at the Frank M. Johnson Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104, to show cause why he should not be compelled to comply with the Internal Revenue Service summons served on him on November 9, 2004.

(4) Within 20 days of retaining counsel, but in any event no later than September 15, 2006, respondent Ford shall file and serve a written response to the petition. If respondent has any defenses to present or motions to make in opposition to the petition, such defenses or motions, if any, shall be made in writing and filed with the court, and copies served on the United States Attorney at least 20 business days prior to the date of the show-cause hearing. Only those issues raised by motion or brought into controversy by the responsive pleading shall be considered by the court and any uncontested allegations in the petition shall be deemed admitted.

(5) If respondent has no objection to compliance with the summons, he may, at least five business days prior to the date of the show-cause hearing, notify the clerk of this court, in writing, with copies to the United States Attorney, of the fact that no response or appearance as ordered herein will be required.

DONE, this the 1st day of August, 2006.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**