IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>etc., et al.,<br><br>    Petitioner,<br><br>    v.<br><br>BARRY S. FORD,<br><br>    Respondent. | CIVIL ACTION NO.<br>1:06mc3297-MHT |

### ORDER

It is ORDERED that petitioner United States of America show cause, if any there be, in writing by August 16, 2006, as to why respondent Barry S. Ford's motion to dismiss (doc. no. 9) should not be granted.

DONE, this the 4th day of August, 2006.

    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE