# AFFIDAVIT IN SUPPORT OF MOTION TO RECONSIDER

RECEIVED
2006 SEP 11 P 2: 19

P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1. I, Barry S. Ford, am not a business entity.

2. I, Barry S. Ford, have never used a social security number other than the one assigned to him from the Social Security Administration.

3. I, Barry S. Ford, have never been <u>notified</u> from the Social Security Administration nor the IRS that I have used an incorrect social security number.

4. I, Barry S. Ford, did not receive a timely response to his "Request to Change Errors in the Permanent Records" to the IRS.

5. I, Barry S. Ford, swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Dated this 11th day of September, 2006.

_____
Barry S. Ford

STATE OF ALABAMA )
                 )
COUNTY OF HOUSTON )

On the 11 day of September, 2006 before me Barry S. Ford personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and who did affix his signature to the above.

_____
Notary Public
My commission expires: 9/8/2008

**SCANNED**

```
000780

PAGE NO-0001

                          *IMF MCC TRANSCRIPT-COMPLETE*           EMP NO 79-411-53965
                                                                        SPENCER#44
ACCOUNT NO 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            04-25-2005
NAME CONT- FORD                   CYCLE-200516
**********************************************************************
FOR-7941153965 BY-7941153965 ON-04252005 TYP-C
TIME-11:21 SRC-I   SPENCER#44         PROCESSED ON-115
                                      ENTITY AND TAX MODULE DATA FOUND ON MF


1997 1 BARRY S FORD                              Ⓐ     BODC-SB BODCLC-V
       1704 TRAWICK RD
200112 DOTHAN           AL 36305-7136-042
                                           PRIOR NAME▼CONTROL-          FZ>V    -
LOC-6328                                   MFR-01  VAL-1  IRA-               CAF-
YEAR REMOVED-      ENT EXT CYC-302002      FYM-12  SCS-   CRINV-  130-49
                                           RPTR-8  PMF-   SHELT-  BNKRPT-  BLLC-
                                           ACCRETION-                      MIN SE-
                                        Ⓑ JUSTIFICATION-1  IRS EMPL-   FED EMPL-

PTNL BARRY S FORD

LSTRET-1998 ME-       CND-E FLC-00 200023

    150 ---------------------------198624         49221-137-08644-6
    152 ---------------------------199007         55211-037-71474-0
    152 ---------------------------199246         49211-297-53112-2
    152 ---------------------------199428         49222-111-75701-4
    014 ---------------------------199921         49263-539-01286-9
    130 ---------------------------199921         49277-534-04530-9
                                              XREF-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      SC-49
                                              CLOSING CD-00       BMF NAME-
                                              AGENCY-
    013 ---------------------------199926         49263-572-00368-9
    014 ---------------------------199943         18263-693-01019-9
    014 ---------------------------199943         49263-694-00642-9
 Ⓒ  971 ---------------------------200001         62277-999-99999-0
    152 ---------------------------200023         49221-141-30532-0
    013 ---------------------------200024         49263-558-00753-0
    013 ---------------------------200024         49263-558-00755-0
    152 ---------------------------200026         49221-169-19941-0
    971 ---------------------------200101         62277-999-99999-0
    014 ---------------------------200112         62263-995-99999-1
    015 ---------------------------200117         49250-503-00124-1
    030 ---------------------------200246         18250-708-01822-2
    971 ---------------------------200315         63277-999-99999-3
MODULES REMOVED TO RETENTION REG--------- 30 198512 ULC-62  CYCLE-199101
                                          30 198612 ULC-62  CYCLE-199301
                                          30 198712 ULC-62  CYCLE-199301
                                          30 198812 ULC-62  CYCLE-199401
                                          30 198912 ULC-62  CYCLE-199501
                                          30 199012 ULC-62  CYCLE-199701
                                          30 199112 ULC-62  CYCLE-199801
*****************************CONTINUED ON NEXT PAGE***************************
```

Law Enforcement Manual III

IR Manu
3(27)(68)2

### 3(27)(68)1.4  (1-1-80)
### Authority for Other Documents

LEM 3(27)(68)0 provides the authority for two other documents, the contents of which are extracted from this manual. They are (1) Document 6209—ADP and IDRS Information, and (2) Document 5576—Vest Pocket Edition ADP Transaction Codes. Only Document 6209 is for Official Use Only.

### 3(27)(68)2  (1-1-80)
### Entity Codes

### 3(27)(68)2.1  (1-1-80)
### General

The Entity Codes identify the taxpayer as to account number, filing requirements, location, etc., and are recorded in the Entity Section of a taxpayer's account on the Master File.

### 3(27)(68)2.2  (1-1-80)
### Entity Account Number

(1) Each taxpayer account is maintained on the BMF, IMF, IRAF, or EPMF in Entity Account Number sequence. All returns and transactions processed must contain the taxpayer's correct account number. The Entity Account Number (EAN) or Taxpayer Identification Number (TIN) are also referred to as Employer Identification Number (EIN) or Social Security Number (SSN).

(2) BMF Entity Account Number—a nine-digit number assigned by the Internal Revenue Service Centers (SC) to taxpayers who must file business returns, officially entitled Employers' Identification Number. The printed format is: xx-xxxxxxx. Form 706 and 709 accounts will be in Social Security Number (SSN) sequence.

(3) IMF and IRAF Entity Account Number—The nine-digit Social Security Number assigned by the Social Security Administration to all individuals required to file individual returns. The printed format is: xxx-xx-xxxx.

(4) EPMF Accounts—Accounts are maintained in Employer Identification Number sequence.

(5) Temporary IMF or IRAF Social Security Number—a nine-digit temporary number assigned by the Service Center: (9xx)-(xx)-(xxxx).
 (a) 900 through 999—indicates number is a temporary SSN.
 (b) The code of the service center assigning the number.
 (c) Numbers assigned consecutively beginning with 0001.
 (d) The printed format of a Temporary IMF or IRAF Entity Account Number is Txxxxxxxxx.

(6) IMF and IRAF: For printing on other than taxpayer notices and transcripts, a tenth digit (either zero or one and referred to as the SSN Validity Digit) is shown to the right of the 9-digit SSN. An asterisk (*) appears next to the SSN on taxpayers notices and transcripts to indicate the SSN is invalid for the particular taxpayer.

| SSN Validity Digit | Explanation |
|---|---|
| 0 | The SSN is valid for the taxpayer using it. |
| 1 | The SSN is not valid for the taxpayer using it. |

page LEM 3(27)(68)0-7 (1-1-90)          LEMT III-386          Official Use Only

10

Handbook for Special Agents

## Exhibit 300-27 Cont. (6)

page 9781-240
(11-6-92)

Transcript Directory

| ITEM | DEFINITION |

(Refer to IRM 35(65)0 Transcript for more detailed information)

**PAGE HEADING**

1. IMF NCC TRANSCRIPT—COMPLETE
   BMF NCC TRANSCRIPT—SPECIFIC—Transcript from NCC for everything on the master file or the items for one specific year. If you request a specific year and it is a fiscal year filer, then you will get back a no record. If you request a complete on the BMF th͟ ͟ou will get everything including all the payroll information.
2. ACCOUNT NO.—SSN OR EIN requested
3. NAME CONTROL—The first four letters of the account name.
4. CYCLE—The particular cycle during the year that the request was made.
5. TC 148 HOLD IS    P—An identified tax protester account.
   or             E—A W-4 Civil Penalty Case.
   *PDT*          W—Identified as a potentially dangerous TP.
6. TYPE—  C—Complete transcript
          S—Specific period transcript

**ENTITY PORTION**

7. 77—Name line year—This is the name line on the return of the earliest available year.
   2—Filing status code    1—Single taxpayer
                           2—Married TP filing joint return
                           3—Married filing separate return and spouse filing also
                           4—Head of household
                           5—Widow(er) with dependent child
                           6—Married filing separate and wife not required to file.
                           7—Head of household, with unmarried child listed but no exemption
8. Name line—Name of taxpayer
9. 7420—Address change cycle—Cycle the latest address change posted
10. Address line—Latest address available
11. Spouse SSN—The SSN of the spouse if there is one.
12. Prior name control—If the name control has changed the old one is in here.
13. FZ—Left and right hand freeze codes. Section 8.03 ADP Handbook
14. LOC—0401—Primary and TDA location codes

    MFR—03—Mail file requirements—This determines what type of tax return package the entity receives.
16. VAL—1—Invalid SSN freeze
17. IRA—IRA filing history codes
18. CAF—Centralized Authorization File—Powers of Attorney
19. Year removed—Only displayed for accounts extracted from the DROPPED/DELETED entity file
20. FYM—12—Fiscal year month
21. SCS—Scrambled SSN indicator
22. CRINV—Criminal Investigation Indicator
23. 130—TC 130 Indicator—Means entire account is frozen from refunding
24. RPTR—Taxpayer Repeater Indicator
25. PMF—Indicator for the Payer Master File—Entities that file information returns—1099 1096, etc.
26. SHELT—Tax Shelter Indicator

5

Transcripts  
**Exhibit 35(65)0–17 Cont. (1)**

I R Manual

### Transcript Format—IMF Entity Data Display

| Item | Description |
|---|---|
| 20 | INVALID SSN FREEZE INDICATOR<br>0 or blank—Invalid SSN Freeze is in effect.<br>1 —Invalid SSN Freeze has been released by TC 290 or 300 or Scrambled SSN Indicator of "2". This release is effective during the current calendar year only.<br>2 —Invalid SSN Freeze has been released by TC 150 Document Code 72 or 73 posting to this Temporary SSN. This release is effective during the current calendar year only.<br>4 —Account on the invalid segment and the Invalid SSN Freeze has been released by a transaction (other than TC 100, 90X, 92X or 99X) which has posted to the account and the transaction name control matches the name control for this account on a file of update records received from SSA, which have not yet updated the DM-1 file. The DM-1 file is updated on a quarterly basis.<br>5 —Combination of 1 and 4 above.<br>6 —Combination of 2 and 4 above.<br>8 —Account on invalid segment and TC 510 posted to account.<br>9 —Combination of 1 and 8 above.<br>A —Combination of 2 and 8 above.<br>C —Combination of 4 and 8 above.<br>D —Combination of 1, 4 and 8 above.<br>E —Combination of 2, 4 and 8 above.<br>F —Combination of 1, 2, 4 and 8 above. |
| 21 | IRA FILING HISTORY CODES—Carries the history of IRA Accounts from 1975 (left most position), through 1989. Indicator will appear for those years an IRA Account is present. See LEM 3(27)(68)0 for description of the values which can appear for each year. |
| 22 | CAF CODE |
| 23 | YEAR REMOVED—will be significant only for accounts which have aged off from the Regular IMF to the Dropped Master File, which has only a minimum amount of data. Refer to the Microfilm Retention Register for more information, if desired |
| 24 | ENTITY EXTRACTION CYCLE—According to Master File processing, this is the cycle that the account was last extracted to the IDRS Taxpayer Information File. If no record of the last extraction, this field is blank. |
| 25 | FISCAL YEAR MONTH—from the most current First Name Line on the Master File entity. |
| 26 | SCRAMBLED SSN INDICATOR—<br>Blank—No scrambled SSN<br>1—Two taxpayers are using the same SSN |
| 27 | CRIMINAL INVESTIGATION INDICATOR—Blank—No freeze set<br>Z—Indicates a posted unreversed TC914 or TC916 is present in a tax module. See tax module displays for further information. Indicates account is under investigation by the Criminal Investigation Division.<br>Y—Indicates a Refund Scheme Freeze (TC918). |
| 28 | TC130 INDICATOR—Transaction Code 130 Freeze Indicator, displays code of Service Cente which currently controls the 130 freeze.<br>Blank—No 130 Freeze<br>NN—TC130 present (Refer to LEM 3(27)(68)0 for S.C. codes) |
| 29 | POTENTIALLY DANGEROUS TAXPAYER LITERAL or KILLED IN TERRORIST ACTION LITERAL or HOSTAGE LITERAL. "*PDT*" or "KITA" or "HSTG" or blanks (if none apply) |
| 30 | TAXPAYER REPEATER INDICATOR<br>1—Initial issuance of TDI/Notice for One Tax Module<br>2—Multiple module issuance of TDI/Notice<br>3—At least one module is in First Notice Status 19 or 21, and No Other Modules are in Status 23 or 60. |
| 31 | PAYER MASTER FILE INDICATOR. If set, value is "1". |
| 32 | TAX SHELTER INDICATOR |
| 33 | BANKRUPTCY INDICATOR |
| 34 | RESOURCES AND WORKLOAD MANAGEMENT SYSTEM QUEUE INDICATOR (TIF only):<br>b—Not Significant<br>1—TDA Account is in the queue<br>2—TDI Account is in the queue |

3.13.5.8.16.2 (01-01-2003)
Inputting a CC IRCHG

1. For IRS to validate an account, input must be made to the account (with the new name) that is on the invalid segment of Master File.
2. The input procedures are the similar for CCs IRCHG and INCHG.
    1. First enter CC ENMOD,
    2. Overlay with CC ENREQ.
3. However a Command Code definer of "R" on CC ENREQ will bring up CC IRCHG.
4. CC IRCHG requires a "Justification indicator".
5. The Justification indicator is visible in the Entity portion of the Master File.
    1. When the "Justification indicator of 1" is present, the account is treated as valid.
    2. "Justification indicator of 2" will reverse the account to invalid.
6. When CC IRCHG is used, a TC 016 will generate. A computer generated TC 510 will automatically release any overpayments, EITC due the taxpayer.
7. The account is subject to DM-1 quarterly updating.
8. To validate the name of a taxpayer and establish their account on Master File input CC ENMOD, overlay with CC ENREQR to bring up CC IRCHG, the following data is needed:
    1. Justification indicator "1"
    2. New name control
    3. Primary name
    4. Address
    5. Year name line
    6. TC 000
    7. Filing status
    8. Enter your reason for the change in the REMARKS field, then transmit

NOTE:
This will generate a TC 016.

See Figure 3.13.5-28.

Figure 3.13.5-28  <http://www.irs.gov/irm/part03/33759030.GIF>

To validate the name of a primary taxpayer, input CC ENMOD, then overlay with CC ENREQR to bring up CC IRCHG. The following information is needed:

| IR Manual | Law Enforcement Manual III |
|---|---|
| 3(27)(68)(12).(13) | |

(22) TC 961—Reverses TC 960 and zeros module CAF indicator. BMF: For Reporting Agents File, posts to the entity and reverses TC 960 and zeros the Magnetic Tape Indicator.

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 961 | | I/B | RV CAF IND, Mag Tape Ind | 77 |
| | | E | Reverses Centralized Authorization File Indicator | |

(23) TC 962—Updates CAF Indicator in the module does not reverse TC 960. BMF: For Reporting Agents File. Posts to the entity and updates the Magnetic Tape Indicator.

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 962 | | I/B | UP CAF IND, Mag Tape IND | 77 |
| | | E | Update CAF Indicator | |

(24) TC 970—Generated when MFT 03 TC 150 posts with data transcribed from accompanying F8743.

| TC | DR/CR | File | Abbr. & Title | Doc Code |
|---|---|---|---|---|
| 970 | | B | Additional Schedules | |

(25) TC 971—Input transaction used to post identifying XREF TIN/Tax period data whenever a TC 150 or Amended/Duplicate return has posted to an incorrect TIN/Tax Period.

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 971 | | I, B | DUP XREF Duplicate/Amended Return Cross Reference TIN/Tax Period Data | 77 |

(26) TC 976—Identifies an input return (TC 150) which caused a duplicate posting condition. Also identifies an amended return (TC 150 with Condition Code G). CP 193 will be issued unless unreversed TC 420 or 424 is posted; in that case, CP 293 will be issued (except for Forms 1065 with PIA codes of 6212 or 6218). Tax module is frozen from offset/refund until an Examination/DP adjustment is posted subsequent to TC 976 posting.

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 976 | Credit | B | AMEND/DUPL Posted Duplicate Return Transaction | Generated |

(27) TC 976—Identifies the input return which causes a duplicate posting condition. TC 150 is replaced with TC 976 by computer. IMF: CP 36, Notice of Duplicate Return is issued. Prints CP 29 indicator on CP 36 if module contains an amended return with other than Doc. Code 54; amended return freeze was on in module at beginning of cycle; and current processing cycle is later than 19 cycles from normal return due date. Tax module is frozen from offsetting and refunding until released by an Examination (TC 30X) or DP tax (TC 29X) adjustment. IRAF: CP 336 (IRAF) Notice of transcript of duplicate return is issued.

| TC | DR/CR | File | Abbr. & Title | Doc. Code |
|---|---|---|---|---|
| 976 | Credit | I, A | DUPL RET Posted Duplicate Return Transaction | Generated |

8 - 54

| Trans Code | DR/CR | File | Title | Valid Doc. Code | Remarks |
|---|---|---|---|---|---|
| 960 | | I/B/E | Add Centralized Authorization File Indicator Reporting Agents File | 77 | Adds CAF Indicator to the module. Causes notices and/or refunds to be sent to authorized representative. Also can be generated when a TC 150 or 620 (BMF) with a significant CAF code posts and an unreversed TC 960 is not already posted. Also posts to the entity and sets the Magnetic Tape Indicator. |
| 961 | | I/B/E | Reverse Centralized Authorization File Indicator | 77 | Reverses TC 960 and zeros module CAF Indicator. BMF: For Reporting Agents File, posts to the entity, and zeros the Magnetic Tape Indicator. |
| 962 | | I/B/E | Update Centralized Authorized File Indicator | 77 | Updates CAF Indicator in the module; does not reverse TC 960. BMF: For Reporting Agents File, posts to the entity and updates the Magnetic Tape Indicator. |
| 970 | | B | F720 Additional Schedules; or | Generated Transaction | Generated when MFT 03 TC 150 posts with data transcribed from accompanying F8743. |
| | | | F945 liability amounts from F945-A and related dates | | Generated when MFT 16 TC 150 posts with data transcribed from accompanying F945-A. |
| | | | F941 liability amounts from Schedule B and related dates | | Generated when MFT 01 TC 150 posts with data transcribed from accompany Schedule B. |
| 971 | | B/I | Amended/Duplicate Return Cross Reference TIN/Tax Period Data - Bankruptcy Abatement | 77 | Used to post identifying XREF TIN/Tax period data whenever a TC 150 976/977 return has been posted to an incorrect TIN/Tax Period, or an amended return has been received (CC10, 12-15). (See Section 8 for action codes.) When inputting 971 on FRM77, transaction date must be return received date as posted on IDRS or CFOL. |
| 972 | | B/I | Reverses Amended/Duplicate Return XREF TIN/Tax Period Data | 77 | Used to reverse TC 971. |
| 973 | | B | Application for Tentative Refund F1139 Processed | 77 | Identifies receipt of Form 1139 application of tentative refund for corporation (valid for input after 4/1/93). |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ MAY 25 2006 _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

Director, Ogden Service Center / Campus
Internal Revenue Service
1160 W. 1200 South St.
Ogden, UT 84201

IRS-OSC RECEIVED OGDEN, UT 84201

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 0390 0006 2757 5985

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

RECEIVED OGDEN, UT

1. Article Addressed to:

Director, Ogden Service Center / Campus
Internal Revenue Service
1160 W. 1200 South St.
Ogden, UT 84201

D. Is delivery address different from item 1?  ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

4. Article Number (Transfer from service label)
7004 2510 0003 8008 3649

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540