IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 1:06mc3297-MHT |
| BARRY S. FORD, | ) | |
| | ) | |
|    Respondent. | ) | |

### ORDER

Upon consideration of the motion for reconsideration (Doc. No. 13), it is ORDERED that the motion is denied.

DONE, this the 13th day of September, 2006.

                      /s/ Myron H. Thompson
                      **UNITED STATES DISTRICT JUDGE**