**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | Civil Case Number:  1:06-mc-3297-MHT |
| v. | ) | |
| | ) | |
| Barry S. Ford, | ) | |
| | ) | |
| Respondent. | ) | |

Respondent gives notice that no appearance will be required. Respectfully

submitted this 6th day of October 2006.

Barry S. Ford
1704 Trawick Road
Dothan, AL  36305

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing notice was

mailed pre-paid, first class postage to:

R. Randolph Neeley
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL  36104

Done this 6th day of October, 2006.

Barry S. Ford
1704 Trawick Road
Dothan, AL  36305