IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.: **1:06-mc-3297-MHT** |
| ) | |
| BARRY S. FORD, ) | |
| ) | |
| Respondent. ) | |

**MOTION TO WITHDRAW PETITION**

Comes now the petitioner, United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully requests that it be allowed to withdraw its petition to enforce (Doc. 1) and as grounds states as follows:

The United States initiated these proceedings by filing a petition seeking to require the respondent to comply with an administrative summons that had been issued by its agency, the Internal Revenue Service. Since that time, the respondent has indicated his willingness to comply with the requests of the Internal Revenue Service (Docs. 8 & 15).

WHEREFORE, premises considered, the petitioner respectfully requests that the instant petition be dismissed as moot.

Respectfully submitted this 17th day of October, 2006.

          LEURA G. CANARY
          United States Attorney

By: s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, a copy of same to the following non-CM/ECF participant(s):

    Barry S. Ford, *pro se*
    1704 Trawick Road
    Dothan, AL 36305

          s/R. Randolph Neeley
          Assistant United States Attorney