IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA,   )
                            )
    Petitioner,             )
                            )        CIVIL ACTION NO.
    v.                      )        1:06mc3297-MHT
                            )
BARRY S. FORD,              )
                            )
    Respondent.             )
```

## ORDER

It is ORDERED as follows:

(1) The motion to withdraw petition (doc. no. 16) is granted.

(2) The petition to enforce IRS summons (doc. no. 1) is withdrawn.

DONE, this the 17th day of October, 2006.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**